**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6724**

CHAUNCEY BENNETT,

             Plaintiff – Appellant,

        v.

KATHLEEN GREEN, Warden; SCOTT ROWE, Hearing Officer;
STEPHEN T. MOYER, Secretary of D.P.S.C.S.,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James K. Bredar, District Judge.
(1:15-cv-03030-JKB)

Submitted:  October 20, 2016        Decided:  November 16, 2016

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chauncey Bennett, Appellant Pro Se.  Thomas E. Dernoga, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order granting summary judgment to defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bennett v. Green</u>, No. 1:15-cv-03030-JKB (D. Md. May 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>